UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY FITCH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH GALLAND, CHRISTOPHER KNUTSON, and JEFFERY WATTS,<br><br>    Defendants. | No. 1:16-cv-00489-DAD-JLT<br><br>ORDER |

Plaintiff Joey Fitch is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2016, plaintiff filed a motion seeking leave to amend his complaint as well as a first amended complaint. (Doc. Nos. 14–15.) As of that date, defendant Joseph Galland had not yet been served in this action. Pursuant to Rule 15 of the Federal Rules of Civil Procedure and the Local Rules of this court, plaintiff's complaint has therefore been amended as a matter of course.

Accordingly,

1. Plaintiff's first amended complaint (Doc. No. 15) is deemed the operative complaint in this action;
2. Plaintiff's motion to amend the complaint (Doc. No. 14) is denied as having been rendered moot; and

1

3. The Clerk of the Court is directed to update the case caption and docket to reflect the newly named defendants in this action.

IT IS SO ORDERED.

Dated:  **July 20, 2016**  _____
UNITED STATES DISTRICT JUDGE