**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEY FITCH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH GALLAND, et al.<br><br>    Defendants. | Case No.: 1:16-cv-00489-DAD - JLT<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS TO CHRISTOPHER KNUTSON AND JEFFERY WATTS<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE SERVICE DOCUMENTS |

Plaintiff Joey Fitch is proceeding *pro se* and *in forma pauperis* with an action pursuant to 42 U.S.C. § 1983 for a violation of his civil rights.  Plaintiff filed a First Amended Complaint, in which he named Christopher Knutson and Jeffery Watts as additional defendants in the action.  (Doc. 15) The Court deemed the First Amended Complaint as operative complaint in the action on July 21, 2016. (Doc. 16)

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is DIRECTED to issue summons as to the new defendants, Christopher Knutson and Jeffery Watts;
2. The Clerk of Court is DIRECTED to serve Plaintiff with a new USM-285 Form, instruction sheet, the summons, and copy of the First Amended Complaint;
3. Within thirty days from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with

1

the following documents:

    a.    A completed USM-285 for each defendant named; and

    b.    Six copies of the First Amended Complaint filed July 7, 2016 (Doc. 16).

4.    Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: **July 28, 2016**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE