UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY FITCH, | ) Case No.: 1:16-cv-00489 - DAD - JLT |
| Plaintiff, | ) ORDER DIRECTING DEFENDANTS TO CONSIDER MAGISTRATE JUDGE JURISDICTION |
| v. | ) |
| JOSEPH GALLAND, et al., | ) |
| Defendants. | ) |

The United States District Judges for the Fresno Division of the Eastern District of California carry the heaviest caseloads in the nation and who must prioritize criminal and older civil cases over more recently filed civil cases. Consequently, the Fresno Division, whenever possible, is utilizing United States Article III District Court Judges from throughout the nation as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

In addition, the availability of United States Magistrate Judges is far more realistic and accommodating to parties than that of the District Judges. A Magistrate Judge may conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Plaintiff previously indicated her willingness to consent to the jurisdiction of the assigned Magistrate Judge. (Doc. 7) Therefore, Defendants are directed to consider whether they will consent for the Magistrate Judge to conduct all further proceedings, including trial. **Within 10 days** of the date of this order, counsel **SHALL** file a consent/decline form (provided by the Court at the inception of this case) indicating whether they will consent to the jurisdiction of the Magistrate Judge.

IT IS SO ORDERED.

Dated:   **November 17, 2016**                          **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE