# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEY FITCH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH GALLAND, et al.,<br><br>    Defendants. | Case No.: 1:16-CV-0489- JLT<br><br>ORDER TO JOEY FITCH TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO COMPLY WITH COURT ORDERS AND TO APPEAR AT THE MANDATORY SCHEDULING CONFERENCE |

On November 1, 2017, the Court set the mandatory scheduling conference.  (Doc. 25)  The Court required the parties to file a joint scheduling conference report in advance of the hearing.  (Doc. 25; Doc. 4 at 2-7)  Nevertheless, though defense counsel prepared a draft report and forwarded it to Mr. Fitch, he failed to contribute to the statement.  (Doc. 48 at 1)  Moreover, he failed to appear at the hearing despite that the Court ordered him to appear. (Doc. 4 at 1 ["Therefore, it is ordered that you appear for a formal Scheduling Conference before United States Magistrate Judge Jennifer L. Thurston, at the United States District Court, 510 19th Street, Bakersfield, CA 93301."]; Doc. 49)  Therefore, the Court **ORDERS**:

   1.     **No later than April 7, 2017**, plaintiff, Joey Fitch, **SHALL** show cause in writing why sanctions, up to and including dismissal of this action, should not be imposed for his failure to comply with the Court's orders and to appear at the mandatory scheduling conference;

1

2. Alternatively, the plaintiff may file a notice of voluntary dismissal.

**The plaintiff is advised that his failure to comply with this order will result in the imposition of monetary sanctions and may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **March 27, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE